JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

| **Place of Offense:** | | Under Seal:Yes ____ No X ____ | Judge Assigned: | LMB |
|---|---|---|---|---|
| City | | Superseding Indictment _____ | Criminal Number: | 1:26-cr- 98 |
| County/Parish Fairfax County | Same Defendant _____ | New Defendant | X | |

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes ___ No X FBI #** _____

**Defendant Name:** Abdul Rehman Sirhandi    Alias Name(s) _____

**Address:** Aldie, VA 20105 _____

**Employment:** _____

**Birth date** 1968    **SS#** 1266    Sex **M** Def Race Middle Eastern    Nationality US/Pakistani    Place of Birth Pakistan

**Height** 5'9"    **Weight** 140    **Hair** Gray/ Bald    Eyes Brown    Scars/Tattoos _____

**Interpreter:** No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    X Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: Brittany Davidson    ____ Court Appointed    Counsel conflicted out: _____

Address: 1650 King St, Suite 500 Alexandria, VA 22314    ____ Retained

Telephone:(703)-600-0800    X Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA Russell Carlberg    Telephone No: (703)-299-3868    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Ryan C. Daly, FBI

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud the U.S. | 1 | Felony |
| Set 2 | 18 U.S.C. §1035 | False Statements Relating to Health Care Matters | 1 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 05/18/2026    Signature of AUSA: _Russell Carlberg_